**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA** '08 MJ 1492

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate's Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21 U.S.C. § 841(a)(1) |
| ) | Possession of a controlled |
| Eduardo RUIZ-Perez ) | substance with Intent to |
| ) | Distribute |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant duly sworn states:

That on or about May 11, 2008, within the Southern District of California, defendant Eduardo RUIZ-Perez, did knowingly and intentionally possess with intent to distribute approximately 0.550 kilograms of methamphetamine, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Jean Larned, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, May 13, 2008.

UNITED STATES MAGISTRATE JUDGE

Scf

UNITED STATES OF AMERICA
        v.
Eduardo RUIZ-Perez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents and notes furnished to Drug Enforcement Administration Special Agents Jean Larned and Robert Von Kaenel.

On May 11, 2008, at approximately 8:00 P.M., United States Border Patrol (USBP) Agent Ernest Kalnas, was performing line-watch duties in an area at or around the Dairymart Bridge within the Imperial Beach Border Patrol Station area of operations, approximately two miles west of the San Ysidro Port of Entry (POE) and three hundred yards north of the United States/Mexico international boundary. The area is frequently used by illegal aliens to further their entry into the United States.

At that time, two individuals were seen by USBP agents proceeding north from the international border across Clearwater Road. Upon arriving at the area, Agent Kalnas observed both subjects riding bicycles. As USBP agent approached one individual, later identified as Eduardo RUIZ-Perez, who subsequently tried to flee from agents, discarded a black canvas "fanny" pack that was on his person. Upon search of the "fanny" pack that RUIZ-Perez discarded was a black plastic bag with a smaller green box inside. The box was found to contain 0.550 kilograms of methamphetamine. On May 11, 2008, at 9:30PM, USBP Agents administered a test of the substance with the results being consistent with methamphetamine.

Scf

On May 12, 2008, at approximately 8:00 A.M., Border Patrol Agents notified the Drug Enforcement Administration (DEA) San Ysidro Resident Office of the arrest of Eduardo RIUZ-Perez. Subsequently, DEA Agents responded to the Imperial Beach Border Patrol Station, where they took custody of Eduardo RUIZ-Perez, and the methamphetamine.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28